THE STATE OF ALABAMA

Bullock County

Circuit Court of Bullock County,                    Fall Term, A.D., 19<u>94</u>

The Grand Jury of said County charge that, before the finding of this indictment, TERRENCE ROBINSON, a/k/a TERRANCE ROBINSON, whose name to the Grand Jury is otherwise unknown, did, with intent to cause the death of another person, cause the death of that person or of another person, to-wit: Robert Charles Junior Grubbs, by or through the use of a deadly weapon, to-wit: by shooting him with a gun, while the victim, Robert Charles Junior Grubbs, was in a vehicle, in violation of Section 13A-5-40(a)(17) of the <u>Code of Alabama, 1975</u>, as amended,

## COUNT TWO

The Grand Jury of said County further charge that before the finding of this Indictment, TERRENCE ROBINSON, a/k/a TERRANCE ROBINSON, whose name to the Grand Jury is otherwise unknown, did with intent to cause the death of another person, cause the death of that person or of another person, to-wit: Robert Charles Junior Grubbs, by shooting him with a gun, in violation of Section 13A-6-2 of the <u>Code of Alabama, 1975</u>, as amended,

against the peace and dignity of the State of Alabama.

District Attorney, Third Judicial Circuit of Alabama