FILE #: B-94-105 PRESENTMENT GRAND JURY NO. 3

Exhibit #2

STATE OF ALABAMA

CHARGE: TWO-COUNT INDICTMENT:

TERRENCE ROBINSON

Capital Murder (13A-5-40 (a)(17)

A/K/a TERRANCE ROBINSON

Murder (13A-6-2)

RACE/SEX B/M DOB: 07/28/77

DATE OF OFFENSE: 08/19/94

AGE AT TIME OF OFFENSE: 17

VICTIM(S): Robert Charles Junior Grubbs

WITNESSES: Willie James Bethune; Capt. Wilbert Jernigan; Gregory Lashon Tellis; Tawanda Shepherd; Willie James Mathews; Gary F. Washington

DEFENDANT'S ATTORNEY:

CASE AGENCY: Union Springs Police Department

DATE OF ARREST:

PROPERTY:

OWNER: VALUE:

ALLEGATIONS: Count One: Defendant did, with intent to cause the death of another person, cause the death of that person or of another person, to-wit: Robert Charles Junior Grubbs, by shooting him with a gun, said murder being committed by or through the use of a deadly weapon while the victim, Robert Charles Junior Grubbs, was in a vehicle. Count Two: Defendant did, with intent to cause the death of another person, cause the death of that person or of another person, to-wit: Robert Charles Junior Grubbs, by shooting him with a gun.

I DO HEREBY CERTIFY THAT THE GRAND JURY RETURNED A true BILL OF INDICTMENT AGAINST THE ABOVE-NAMED DEFENDANT FOR THE OFFENSE(S) OF Capital Murder/Murder as above

Jacqueline Elgin 11-28-94

FOREPERSON DATE

I DO HEREBY CERTIFY THAT THE GRAND JURY REQUESTS THE COURT TO CONTINUE THE ABOVE-STYLED CASE TO THE NEXT TERM OF GRAND JURY.

FOREPERSON DATE