Page 128

1  WITNESS: Could you repeat the question?

2  Q  Before you pled guilty did you know what your
3  sentence was going to be?

4  A  Yeah.

5  Q  Okay. And what was that?

6  MR. WHIGHAM: Objection, your Honor.

7  THE COURT: Overruled.

8  Q  All right, sir.

9  A  30 years.

10 Q  At that time when you pled guilty to 30 years
11 did you know you were looking at life in prison or the
12 electric chair for the charges you were charged with?

13 MR. WHIGHAM: Your Honor, objection.

14 THE COURT: Sustained.

15 MR. WHIGHAM: And ask that it be stricken and
16 corrective instructions be --

17 Q  (Interposing) At the time you pled guilty,
18 O'Neal, did you know what the maximum sentence was for the
19 crime you had been charged with?

20 MR. WHIGHAM: Objection, your Honor.

21 THE COURT: What is the basis?

22 MR. WHIGHAM: You know, if he wants to tell
23 the jury about all the charges in the indictment, the
24 implication is that this charge was something
25 different than what he pled to or what this defendant