1  --
2  THE COURT: (Interposing) Well, he is opening
3  it up, so you can go back into it. Overruled. Go
4  ahead, Burt.
5  Q  At the time you pled guilty and took the 30
6  years, did you know what the maximum sentence was you could
7  be faced with if you went to a trial?
8  A  Yes.
9  Q  What was that?
10 A  Death or life without.
11 Q  All right. And, in your agreement with the
12 D.A.'s office did you agree to testify against other
13 people?
14 A  Yeah.
15 Q  Okay. And one of those people was Corey
16 Nunley?
17 A  Right.
18 Q  All right. Now, in December of '94 did you
19 meet with the D.A.'s office and give a statement?
20 A  Yes.
21 Q  Okay. Let me show you what has been marked as
22 Defendant's Exhibit 1. Is that your signature, Mr.
23 Jackson, right there?
24 A  Yeah.
25 Q  Okay. Do you know who else was present in