Page 130

1  December when you gave that statement?
2  A    Do I know who was present, who took the
3  statement?
4  Q    Yeah.
5  A    I don't know the dude.
6  Q    Somebody in the D.A.s office?
7  A    Yes.
8  Q    Okay. I'm going to read it to this jury and
9  you tell me if I make any mistakes. "Terrence Robinson
10 told me and Corey Nunley he was going to rob -- he was
11 going to show us how to do a real robbery. Two black males
12 pulled up, me and Corey got in the car, we both got out, I
13 went to the passenger side, Corey went to the rear driver's
14 side, we got into an argument with two black males. I had
15 a .380 and started shooting, the driver of the car also
16 shot. I gave the gun to Terrence Robinson the same night
17 that this occurred," signed O'Neal Jackson.
18 A    (Nods head up and down.)
19 Q    Never mentioned in this statement that Corey
20 Nunley fired a gun did you?
21 A    No.
22 Q    It is not in there?
23 A    He didn't ask me.
24          MR. SMITHART: That is all.
25          DEFENDANT ROBINSON'S CROSS-EXAMINATION