Page 131

BY MR. BOWDEN:

Q    Mr. Jackson, you testified earlier about an incident with a yellow car and you had a .38 pistol at that time. Do you know what the brand name of the pistol was?

A    Nope.

Q    Could it have been a Beretta, a Llama, or RPD? Do you know if those might have been the names of it?

A    No.

Q    How about a Lorain or a Bryco?

A    No.

Q    You have no idea of what the name of the .38 pistol was?

A    No.

Q    Your statement that Mr. Smithart just read to you, to the jury, concerned Terrence Robinson making the statement to you after the incident with the yellow car, that he was going to show you how to do a real robbery. Would you just tell us in your words how Terrence ever showed you how to do a real robbery.

A    He didn't show me how to do no robbery.

Q    Okay. This area at McGowan's Service Station, is this not known as a location that somebody could obtain crack cocaine if they wanted it?

A    Yeah.

Q    All right. At the point in time that the