Page 132

shooting began, up to that point had you and Terrence ever discussed robbing anybody or shooting anybody whatsoever?

A    No.

Q    And, up until that time, from the testimony, then, is it not -- is it not true that this was just going to be a regular drug sale? In other words, from the testimony, you stated that Terrence went to the car and came back and told you that they wanted to buy half an ounce?

A    Uh-huh.

Q    And, is it not true, then, that up to that point you and Terrence, if he was there at all, and Mr. Nunley, were just approaching this car as a possible drug sale -- to make a sale of drugs to them?

A    It was planned out just -- like to be that, but it wasn't that.

Q    Okay. So, what your original thought on this was when the car drove up you would determine if you could sell any drugs to the people in it; is that not correct?

A    Wrong. No one had any drugs.

Q    Okay. But, that is what was on your mind, is that correct, to find out if they wanted to buy any?

A    I knew they wanted to buy some.

Q    Okay. And after you stated that Terrence came back and told you they wanted half an ounce, at that point