Page 133

1  you asked Terrence for a gun; is that not correct?
2  A    Yes.
3  Q    And up to that point had Terrence participated
4  with you in any way in planning a robbery or assisting in
5  any way to carry out a robbery or a murder or any other
6  crime?
7  A    He handed me the pistol.
8  Q    All he did was give you the pistol. And, when
9  was that?
10 A    When he came back from the car.
11 Q    After you asked him for it?
12 A    Yes.
13 Q    Did he pull the pistol out and make any effort
14 to rob the people himself or make any effort to shoot
15 anybody?
16 A    No. ✳
17 Q    But you asked him for the pistol?
18 A    Yes.
19 Q    All right. After all the shooting subsided and
20 everybody started to run, I understood you to testify that
21 you and Mr. Nunley and Lorenzo Nunley also, somebody named
22 Dick [sic], and one other person, I believe, all left on
23 the red truck belonging to Lorenzo Nunley; is that correct?
24 A    Wrong.
25 Q    Wrong?