1  A   Yes.
2  Q   Who did you leave with?
3  A   I left with Nick Martin.
4  Q   Nick Martin?
5  A   Yes.
6  Q   Nick Martin?
7  A   Yes.
8  Q   What did you leave on?
9  A   A truck, and Lorenzo was on the truck with us.
10 Q   And Corey Nunley was with you?
11 A   Yes.
12 Q   The main question here is was Terrence Robinson
13 with you on the truck whenever all of you left?
14 A   No.
15     MR. BOWDEN: All right. Just one moment. That
16 is all, your Honor.
17     MR. WHIGHAM: Just one or two questions.
18              REDIRECT EXAMINATION
19 BY MR. WHIGHAM:
20 Q   I got a little bit confused on what was being
21 asked you.  Were you given the gun by Terrence Robinson?
22 A   Yes.
23 Q   Okay. And you were given the gun before you
24 went to the car to rob it?
25 A   Yes, sir.