```
 1    there with one bullet in the gun?
 2        A      Yes.
 3            MR. SMITHART:  That is all.
 4            THE COURT:  Anything else from this witness?
 5            MR. BOWDEN:  No other questions.
 6            THE COURT:  You may step down.
 7                 (THEREUPON, the witness was excused
 8                 from the stand.)
 9            THE COURT:  Next witness.
10                     WILLIE JAMES BETHUNE
11    the witness herein, after first having been duly sworn, was
12    examined and testified as follows:
13                      DIRECT EXAMINATION
14    BY MR. WHIGHAM:
15        Q      Mr. Bethune, please state your name.
16        A      Willie James Bethune.
17        Q      Where do you live?
18        A      807 Madison Street, Eufaula, Alabama.
19        Q      And do you know Robert Junior Grubbs?
20        A      Yes.
21        Q      Okay.  Was he related to you in any way?
22        A      First cousin.
23        Q      Were you with him on August the 19th, of 1994?
24        A      Yes, I was.
25        Q      Okay.  And let me ask you, do you know Verdell
```