1  to show me where the club was.
2  Q    I'm sorry, I didn't hear the last part?
3  A    This guy -- there was me listening to this guy
4  over here, and I turned back to him. I thought he was
5  going to get in and show us where the club was.
6         THE COURT: You're talking about the one that
7     was talking to you that you identified or the other
8     fellow?
9         WITNESS: The other fellow
10        THE COURT: He needs to identify him.
11 Q    The other fellow, do you know who that is? The
12 one that was on the passenger side?
13 A    Yes, I know who he is too.
14 Q    Do you know what his name is?
15 A    I can't keep it in mind, only in the face.
16 Q    Have you seen him this morning?
17 A    Yes, I saw him in a white suit up over there.
18 Q    All right. And that is O'Neal Jackson?
19 A    Yeah.
20 Q    You have heard that name before?
21 A    I have heard that name.
22 Q    Was that the person that was --
23 A    (Interposing) On the passenger side.
24 Q    On the passenger side? Did he ever get in on
25 the passenger side?