Page 143

1  A     No, he didn't get in.

2  Q     What about the other person that you have
3  identified?

4  A     Yes, I allowed him to sit in the back seat.

5  Q     He got in the back seat?

6  A     Yes.

7  Q     On the driver's side?

8  A     On the driver's side.

9  Q     That was Corey Nunley with the maroon shirt on?

10 A     Right.

11 Q     All right.  And then what happened after he got
12 in the car?

13 A     I got to thinking, he is -- he was standing
14 there with his hand in his pocket, and the other buddy, I
15 couldn't see his hand, so I invited him back out of the
16 car.

17 Q     When you say you invited him out, what did you
18 say to get him out of your car?

19 A     I told him, "No thanks, brother."  I mean, "I'm
20 not letting y'all behind me and I not know you," and so I
21 invited him back out of the car.  He stood right behind the
22 door jam there with his hand in his pocket.

23 Q     Okay.

24 A     As I got -- this guy on the passenger side kept
25 talking, you know, "What do you want?"  He called some