Exhibit #12

Page 155

1    A       That is true, to my knowledge.

2    Q       Junior Grubbs -- your friend Junior Grubbs was

3  killed by O'Neal Jackson, the other man, isn't that right?

4    A       That is right.

5    Q       This man right here, Corey Nunley, did not have

6  a gun, did not shoot a gun?  Isn't that what you just told

7  the jury?

8    A       I told them I did not see it.

9    Q       If Corey Nunley had fired a gun he would have

10  had to fire over you; isn't that right?

11    A       Yes, if he was standing where I was.

12    Q       There wouldn't be any way you wouldn't have

13  known about that, is there?

14    A       That's right.

15    Q       So, we can all rest assured that he didn't

16  shoot a gun, can't we, based on your experience that night?

17    A       Yes.

18        MR. WHIGHAM:  Objection, your Honor, the

19  question was asked and answered.

20        MR. JINKS:  Cross-examination, Judge.

21        THE COURT:  Overruled.

22    Q       Let's go back to make sure that I understand

23  what you said.  These two gentlemen approached your

24  automobile when you stopped there; is that correct?

25    A       Yes.