1  Q    And you have not testified at any time that you
2  knew Corey Nunley fired a shot?
3  A    That is right.
4  Q    But what did you indicate about where his hands
5  were?
6  A    In his pocket standing side of my door.
7  Q    Was your attention taken by O'Neal Jackson, the
8  one that was on the passenger side?
9  A    Yes.
10 Q    Because that was the one that was doing most of
11 --
12 A    (Interposing)  The talking, right.
13 Q    And you really couldn't say whether Corey
14 Nunley fired a shot or not?
15 A    I couldn't say.
16 Q    I believe that is what your testimony was?
17 A    (No response.)
18      MR. WHIGHAM:  That is all.
19      MR. JINKS:  Let me ask you one other question.
20         DEFENDANT NUNLEY RECROSS-EXAMINATION
21 BY MR. JINKS:
22 Q    When Mr. Nunley was in your car, and Mr. O'Neal
23 Jackson was outside your car, who was doing the talking?
24 A    Jackson.
25 Q    Mr. Nunley didn't say anything did he?