```
 1    A     Not to my knowledge.
 2    Q     He didn't offer to rob you did he?
 3    A     Not at that time.
 4    Q     He didn't threaten you in any way did he?
 5    A     No.
 6    Q     And who did you say shot first, you or O'Neal
 7  Jackson?
 8    A     O'Neal Jackson.
 9    Q     You're sure about that?
10    A     I'm positive.
11    Q     O'Neal Jackson testified, and I'll represent to
12  you that he did testify in this courtroom, that you shot
13  first. Would that be true, or would it be a lie?
14    A     It would be a lie.
15         MR. WHIGHAM:  Your Honor, I object.
16         THE COURT:  I don't remember that being the
17  testimony.
18         MR. WHIGHAM:  I object.
19         THE COURT:  Was that the testimony?
20         MR. SMITHART:  I thought he said they started
21  shooting about the same time.
22         THE COURT:  Well, the jury can remember the
23  testimony.  I don't remember that.
24         MR. JINKS:  That is all.
25         MR. WHIGHAM:  No further questions.
```