1  THE COURT: You can step down.
2  (THEREUPON, the witness was excused
3  from the stand.)
4  MR. WHIGHAM: Judge, we stipulate Dr. Aguilar,
5  from the testimony, that she was at the Bullock County
6  Hospital, and he was shot in the head, that he was
7  carried from there to somewhere else, but for all
8  practical purposes he was dead at the time he left.
9  THE COURT: Do y'all want to stipulate that,
10 both sides? Stipulate to the cause of death and save
11 an autopsy --?
12 MR. SMITHART: I don't have a problem with
13 that.
14 THE COURT: Ladies and Gentlemen, the defense
15 and the prosecution have entered into a stipulation.
16 They will stipulate that the cause of death of Robert
17 Junior Grubbs was a bullet shot to the head -- a
18 gunshot to the head. Of course, they don't stipulate
19 that anybody -- any particular person did it or
20 anything else, they will just stipulate and say it is
21 a fact that the gunshot wound to the head of Robert
22 Grubbs Junior was what caused his death and that will
23 save us from having to call the doctor, and the
24 forensic scientist, and all those folks to come here
25 to testify what the cause of death was. So, they have