1 stipulated that as a fact, so you take it as a fact
2 that the cause of death was a gunshot wound to the
3 head, but nothing about who did it. Just that that is
4 what caused his death.

ALLAN STILLWELL

6 the witness herein, after first having been duly sworn, was
7 examined and testified as follows:

DIRECT EXAMINATION

BY MR. WHIGHAM:

10    Q    Dr. Stillwell, please tell the jury your name,
11 and what your job is, and what you do in that job.
12    A    I'm Allan Stillwell, I'm a medical doctor, I'm
13 employed by the Alabama Department of Forensic Sciences in
14 Montgomery. My role with the Alabama Department of
15 Forensic Sciences is that of a medical examiner. My
16 responsibility in that job primarily is to investigate
17 causes of death of individuals who die by violent or
18 unusual or suspicious circumstances.
19    Q    And, Dr. Stillwell, in that capacity did you
20 have an occasion to examine Robert Charles Junior Grubbs on
21 or about August of 1994?
22    A    Yes, sir, I did.
23    Q    And, did you render a report in that regard?
24    A    I did.
25    Q    And did you also take some pictures concerning