1  A     The only thing I did was to look at it visually
2  with my eyes, then I placed it in an evidence envelope. I
3  put the case number of the case on the envelope, the date,
4  the time, and signed my initials to it, and then it was
5  conveyed to our firearms examiner Joe Saloom.
6  Q     Is Mr. Saloom here today, too? Have you seen
7  him?
8  A     I haven't seen him yet, but I understand he is
9  on his way.
10     MR. WHIGHAM: Those are all the questions I
11  have.
12     DEFENDANT NUNLEY CROSS-EXAMINATION
13  BY MR. JINKS:
14  Q     How are you doing Mr. Stillwell?
15  A     Fine.
16  Q     Is it true that the path of the bullet was
17  front to back and in a downward trajectory and slightly
18  right to left?
19  A     Yes.
20  Q     Now if the victim -- if Mr. Grubbs at the time
21  he was shot was sitting as a passenger on the passenger
22  side of the front seat of a car, wouldn't that necessarily
23  mean that whoever shot him was standing on the passenger
24  side of the car shooting downward toward his head?
25  A     I'm not sure I understand. He could be facing