RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE 2006 APR 19 P 2:13

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

*TERRANCE ROBINSON*
Plaintiff(s)

v.

*WARDEN ARNOLD HOLT Et.Al.,*
Defendant(s)

2:06 CV 358-WKW

I, *TERRANCE ROBINSON*, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed?      Yes ( )   No ( )

A.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

B.    If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. N/A

2.    Have you received within the past twelve months any money from any of the following sources?

A.    Business, profession, or form of self-employment?      Yes ( )   No ( )

B.    Rent payments, interest, or dividends?      Yes ( )   No ( )

C.    Pensions, annuities, or life insurance payments?      Yes ( )   No ( )

D.    Gifts or inheritances?      Yes ( )   No ( )

E.    Any other sources?      Yes ( )   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. N/A

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].                                    Yes ( )   No ( ✓ )

If the answer is YES, state the total value of the items owned. _____ N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?          Yes ( )   No ( ✓ )

If the answer is YES, describe the property and state its approximate value. _____ N/A

5. List the persons who are dependent upon you for support, state your relationship to these and indicate how much you contribute toward their support. _____ N/A

_____

_Terrance Robinson_
Signature of Affiant

STATE OF ALABAMA          )
COUNTY OF _____Bullock_____          )

Before me, a Notary Public in and for said County, in said State, personally appeared _____ _____Terrance Robinson_____, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Terrance Robinson_
Signature of Affiant

Sworn to and subscribed before me on this _14th_ day of _April_, _2006_

_Anita C. Anthony_
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

_____ Court

My Commission Expires:_____

<u>O R</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _<u>April 12, 2006</u>_
(date)

_Terrance Robinson_
Signature of Affiant

<u>CERTIFICATE</u>

I hereby certify that the plaintiff herein has the sum of $ _900_ on account to his credit at the _Bullock Co Correctional_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_See Attached_

_S. Watson_
Authorized Officer of Institution

Date: _4/14/06_

R. 14, 2006          USER: MS WATSON                          INMADB
                     COMPUTE AVERAGE DAILY BALANCE

AIS #: 182958      NAME: ROBINSON, TERRANCE              AS OF: 04/14/2006

```
                    # OF      AVG DAILY        MONTHLY
           MONTH    DAYS       BALANCE         DEPOSITS
-------------------------------------------------------------------------
           APR       16          $0.26          $0.00
           MAY       31          $9.08         $60.00
           JUN       30          $7.96         $71.03
           JUL       31          $5.01         $40.00
           AUG       31          $6.54         $55.00
           SEP       30        $110.92        $200.00
           OCT       31         $73.52          $0.00
           NOV       30         $19.04         $50.00
           DEC       31          $3.30         $20.00
           JAN       31          $0.93          $0.00
           FEB       28          $6.68         $70.00
           MAR       31          $0.90          $0.00
           APR       14          $0.90          $0.00
```

PRESS ENTER TO CONTINUE