IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TERRANCE ROBINSON, #182 958   *

    Plaintiff,                                     *

    v.                                            *       2:06-CV-358-WKW

WARDEN ARNOLD HOLT, *et al.*,    *

    Defendants.                           *

_____

**ORDER**

On April 19, 2006 Terrance Robinson, an inmate in the custody of the Alabama Department of Corrections, filed this action on a form normally utilized for filing complaints under 42 U.S.C. § 1983. Robinson attached to the form a pleading captioned *Petition for Claim Under Actual Innocence*. (*See* Doc. No. 1 pgs. 4-10.) A review of the attachment reflects that Robinson seeks to challenge his conviction and sentence for murder entered against him by the Circuit Court for Bullock County. In light of the foregoing, the court concludes that the present action should be construed as a petition for habeas corpus relief filed under 28 U.S.C. § 2254. Accordingly, it is hereby

ORDERED that this case henceforth be construed as a habeas corpus petition under 28 U.S.C. § 2254.

Done this 21st day of April, 2006.

                                                               /s/Charles S. Coody
                                                               CHARLES S. COODY
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE