IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TERRANCE ROBINSON, #182 958         *

    Plaintiff,                         *

        v.                              *       2:06-CV-358-WKW

WARDEN ARNOLD HOLT, *et al.*,       *

    Defendants.                        *

_____

**ORDER ON MOTION**

Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is GRANTED.

Done this 21st day of April, 2006.

                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE