**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King,
   Atty Gen.
   11 S. Union St.
   Mont., AL 36130

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5811 1932

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X J. Givner              ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Givner                        4/28/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   06cv358
   Petition

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes