# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

## CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**     CR-00-1058

Terrence Robinson v. State of Alabama (Appeal from Bullock Circuit Court: CC94-074.61).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 10th day of August, 2001, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
28th day of August, 2001

*[signature]*

Clerk
Court of Criminal Appeals
State of Alabama