IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TERRANCE ROBINSON, #182 958    *

   Plaintiff,    *

      v.    *    CIVIL ACTION NO: 2:06-CV-358-WKW

WARDEN ARNOLD HOLT, *et al.*,    *

   Defendants.    *

_____

**ORDER**

Upon consideration of Respondents' answer filed May 11, 2006 and for good cause, it is

ORDERED that on or before June 6, 2006 Respondents filed a supplemental answer addressing the issues of exhaustion, procedural default, application of the one-year statute of limitations, and/or any other applicable defenses in accordance with the directives contained in the court's April 21, 2006 order of procedure in response to Petitioner's allegation of actual innocence as based on his assertions of independent constitutional violations which he claims occurred in the underlying state criminal proceeding.

Done this 19th day of May, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE