In The United States District Court For The
Middle District Of Alabama, Northern Division

Terrance Robinson #182958
  Plaintiff,

Vs.                                Civil Action No. 2:06-CV-358-WKW

Warden Arnold Holt et.al.,
  Defendants,

## Motion To Stay Pursuant To Order Dated May 19, 2006

Come now the Plaintiff in the above styled cause, and respectfully moves this Honorable Court pursuant to this his Motion To Stay, and Plaintiff shows the following reasons;

(1) This Honorable Court ordered the Respondents/Defendants to respond to the Plaintiff's petition before this Court by June 6, 2006;

(2) The Plaintiff cannot file a brief without first receiving an argument from the Respondents/Defendants;

(3) There would be a miscarriage of justice if the Plaintiff was not granted this stay;

Wherefore premises considered, Plaintiff prays that this Court will stay these proceedings until the Respondents file their argument, otherwise, there will be a miscarriage in justice.

Respectfully Submitted,

Terrance Robinson
TERRANCE ROBINSON

Done this 22nd day of May 2006;

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United States Mail, postage prepaid and addressed to the following;

Clerk of United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama - 36101-0711

Office of the Attorney General
11 South Union Street
Montgomery, Alabama - 36130

Done this 22nd day of May 2006;

Respectfully Submitted,
Terrance Robinson