IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TERRANCE ROBINSON, #182 958     *

    Plaintiff,     *

      v.     *     2:06-CV-358-WKW

WARDEN ARNOLD HOLT, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Stay, and for good cause, it is

ORDERED that the motion (Doc. No. 10) be and is hereby DENIED.[1]

Done this 31st day of May, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] If Petitioner has not received a copy of Respondents' May 11, 2006 response, he should so advise the court by filing an appropriate pleading or motion. Entry of a stay in this matter based on the argument contained in Petitioner's motion to stay would not be appropriate.