## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Robinson v. Holt

Case Number:   2:06-cv-00358-WKW

Referenced Docket Entry - ***ORDER 8/15/06 - doc. 15

The referenced docket entry was filed    in ERROR on 8/15/06***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed in Case no. 06cv358-ID.  Please DISREGARD this docket entry.