IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE ROBINSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ARNOLD HOLT, *et al.,* )<br>)<br>Respondents. ) | CASE NO. 2:06-cv-358-WKW<br>(WO) |

**ORDER**

On December 14, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby

ORDERED that the Recommendation (Doc. # 17) is ADOPTED.

It is further ORDERED that the instant 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

An appropriate judgment shall be entered.

Done this the 8th day of January, 2007.

                                       /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE