IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE ROBINSON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-358-WKW |
| | ) | (WO) |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The petition for habeas corpus relief filed by Terrance Robinson is DENIED.

2. The above-styled case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

3. Costs are hereby taxed against the petitioner.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 8th day of January, 2007.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE